

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00476-CR

**EX PARTE** Alexis Pantoja **VASQUEZ**,

From the County Court, Kinney County, Texas
Trial Court No. 10420-CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

On August 30, 2022, we issued an order noting that the trial court's certification of defendant's right to appeal appeared to be defective. On September 8, 2022, the County Clerk of Kinney County filed a supplemental clerk's record containing an amended certification that corrected the defect. Because our records appear to show that the appellate record is now complete, we **ORDER** appellant to file his brief **by October 4, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court